PROVIDED TO TOMOKA CORRECTIONAL INSTITUTION ON 08/02/2024 FOR MAILING BY AH

# UNITED STATES COURT OF FEDERAL CLAIMS

JOHN HAMPTON,

    PLAINTIFF,

V.

UNITED STATES TREASURY SECRETARY
And INTERNAL REVNUE SERVICE (IRS) and
SUTTON BANK

    DEFENDANT'S

CASE NO. 24-1224 T

Supplied by Court

Received - USCFC

AUG 09 2024

## FEDERAL CLAIM AGAINST THE UNITED STATES TREASURY SECRETARY AND THE INTERNAL REVENUE SERVICE (IRS)

This Complaint if filed against the United States Government Treasury Secretary and The Internal Revenue Service and Sutton Bank for compensatory Damages and Punitive Damages for violating (1) The Administrative Procedural Act ("APA"), 5 U.S.C. Sec. 706 (1); (2) Violation of the APA, 5 U.S.C. Sec. 702, 706 (2); 2020 U.S. Dist LEXIS 3 and (3) Violation of the CARES Act U.S.C. Sec. 6428, and the Little Tucker Act, 28 U.S.C. Sec. 1346(a)(2).

On May 29, 2024, plaintiff filed a Notice of Intent with The Department of Treasury Bureau of The Financial Service of the fact that his Stimulus check of 1,200 was sent to another person and that he was the victim of fraud. The stimulus check was sent to Sutton Bank, Trace No. 11103617-0810725.

The IRS has failed to respond to this Notice of Intent so this complaint follows. It is the responsibility of the IRS to assure that plaintiff receive his 1,200 stimulus check.

The Defendant Sutton Bank is listed as a party because they breached their duty to the U.S. Government for not reporting the fraud and preventing the person who received the check from cashing it knowing that the person was not the person whose name the check was issued in. So the Bank is responsible for this fraudulent crime.

As a direct result of Sutton Bank breached of duty Plaintiff suffered damages in the amount of being deprived of his 1,200 stimulus check.

PARTIES TO COMPLAINT:

1. Department of Treasury
Bureau of the Fiscal Service
Regional Financial Center
P.O. Box 603
Bensalem, P.A. 19020-9921

2. Sutton Bank
3 South Main Street
Attica. Ohio, 44807

**First Cause of Action:** The United State Department of Treasury breached its duty to the plaintiff for failing to provide the 1,200 stimulus check to plaintiff.

**Second Cause of Action:** Sutton Bank **breached** its duty owed to plaintiff by allowing a person that was not the plaintiff to cash a check in the amount of 1,200 that bared the name of plaintiff with the sole intent to deprived the plaintiff of said check.

**WHEREFORE, the plaintiff moves this court to issue summons upon the defendants to ensure that justice is done in this case and to stop the plaintiff from being deprive of a stimulus check that congress issued and said that he was entitled to.**

Respectfully Submitted

/s/ *John Lee Hampton*

John Hampton DC# 132474
Tomoka Correctional Institution
3950 Tiger Bay Rd.
Daytona Beach, FL 32124

ORLANDO FL 328
2 AUG 2024 PM 2 L

MAILED FROM
A STATE CORRECTIONAL
INSTITUTION

Office of the Clerk
United States Court of Federal Claims
717 Madison Place, NW
Washington, DC 20439

RECEIVED
AUG - 9 2024
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

"LEGAL-MAIL"

20439-